
RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 10-24-06

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| TERRY GLENN SMITH, SR. | CIVIL ACTION NO. 04-1028-LO |
| VS. | SECTION P |
| SHERIFF CHARLES FUSELIER, | JUDGE MELANÇON |
| ET AL. | MAGISTRATE JUDGE HILL |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 24th day of October, 2006.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE